IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                           No. 4:15-cr-78-DPM

MICHAEL SHON HOLBERT                                              DEFENDANT

## ORDER

For the reasons stated on the record at the 15 March 2016 suppression hearing, the motion to suppress, № 25, is granted in part and denied in part. The motion is granted on the overbreadth issue. But that point is moot: the warrant is severable; and the Government doesn't intend to offer evidence recovered under that slice of it. The motion is denied on the rest of the warrant and on Holbert's statement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 March 2016